

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00023-CV

**IN THE INTEREST OF B.G.G., a Child**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13834
Honorable Albert D. Pattillo, III, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: March 24, 2021

DISMISSED FOR WANT OF PROSECUTION

On February 11, 2021, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee. On February 23, 2021, this court ordered appellant to show cause in writing by March 5, 2021, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM